Former decision, 558 U.S. 1117, 130 S. Ct. 1053, 175 L. Ed. 2d 893, 2010 U.S. LEXIS 205.

**No. 09-6701. Lorn Laverne Runge, Petitioner v. Minnesota.**

559 U.S. 1032, 130 S. Ct. 1943, 176 L. Ed. 2d 407, 2010 U.S. LEXIS 2419.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1054, 130 S. Ct. 751, 175 L. Ed. 2d 525, 2009 U.S. LEXIS 8549.

**No. 09-6755. James Skrzypek, et ux., Petitioners v. United States.**

559 U.S. 1032, 130 S. Ct. 1943, 176 L. Ed. 2d 407, 2010 U.S. LEXIS 2382.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1117, 130 S. Ct. 1054, 175 L. Ed. 2d 893, 2010 U.S. LEXIS 292.

**No. 09-6986. Kevin Alston, Petitioner v. Court of Appeals of Wisconsin, District I.**

559 U.S. 1032, 130 S. Ct. 1943, 176 L. Ed. 2d 407, 2010 U.S. LEXIS 2351.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1056, 130 S. Ct. 758, 175 L. Ed. 2d 529, 2009 U.S. LEXIS 8687.

**No. 09-7033. Zachary Tyler Smith, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1032, 130 S. Ct. 1943, 176 L. Ed. 2d 407, 2010 U.S. LEXIS 2527.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1118, 130 S. Ct. 1056, 175 L. Ed. 2d 894, 2010 U.S. LEXIS 293.

**No. 09-7134. Kenneth Dean Miller, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

559 U.S. 1032, 130 S. Ct. 1944, 176 L. Ed. 2d 407, 2010 U.S. LEXIS 2478.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1119, 130 S. Ct. 1063, 175 L. Ed. 2d 897, 2010 U.S. LEXIS 150.

**No. 09-7172. Kathalina Monacelli, Petitioner v. Fifth Third Bank, et al.**

559 U.S. 1032, 130 S. Ct. 1944, 176 L. Ed. 2d 407, 2010 U.S. LEXIS 2440.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 906, 130 S. Ct. 1284, 175 L. Ed. 2d 1078, 2010 U.S. LEXIS 885.